**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Brian T. Kiolbasa**, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VALUE LINX SERVICES, LLC**, an Oregon corporation; **PRIORITY PAYMENT SYSTEMS WEST**, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**LINX CARD, INC.**, a Delaware corporation; **LINXPAY, INC.,** a California corporation; **LPH FINANCIAL, INC.**, a California corporation,<br><br>Defendants. | Case No. 3:18-cv-02126-HZ<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Value Linx Services, LLC and Priority Payment Systems West and defendants Linx Card, Inc., Linxpay, Inc., and LPH Financial, Inc. hereby stipulate that this matter be dismissed with prejudice and without costs or fees to any party, except that the Court expressly retains jurisdiction to ensure compliance with and enforcement of the settlement agreement.

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS THEREFORE ORDER AND ADJUDGED that the above-captioned matter is dismissed with prejudice and without costs or fees to any party.  However the Court shall retain jurisdiction to ensure compliance with and enforcement of the settlement agreement.

DATED this __16__ day of __June__ 2020.

_____
Honorable Marco A. Hernandez
U.S. District Court Judge

IT IS SO STIPULATED:

| | |
|---|---|
| DATED:  June 15, 2020 | DATED:  June 15, 2020 |
| TONKON TORP LLP | LANE POWELL PC |
| By     /s/ Darian Stanford<br>   Darian Stanford, OSB No. 994491<br>   Telephone:  503.802.2028<br>Attorneys for Plaintiffs | By     /s/ Pilar C. French<br>   Pilar C. French, OSB No. 962880<br>   Telephone:  503.778.2100<br>Attorneys for Defendants |

PAGE 2 -    STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE